FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHERINE MCCLOSKEY, a Washington State resident, as an individual,<br><br>      Plaintiff,<br><br> vs.<br><br>OHIO SECURITY INSURANCE COMPANY, a foreign insurance company,<br>      Defendant. | NO: 2:24-CV-0187-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice. ECF No. 17. The parties agree that Plaintiff's claims against Defendant Ohio Security Insurance Company should be dismissed with prejudice and without costs or attorneys' fees to any party.

  The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or attorneys' fees to any party.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED May 27, 2025.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2